| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROCKY J. HENDRICKSON,

          Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

CASE NO. C07-5333BHS-JKA

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge (Dkt. 16), the remainder of the file, and no objections having been filed thereto, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is REMANDED to the administration for further consideration consistent with this order; and

(3)     The Clerk is directed to send copies of this order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 2nd day of June, 2008.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER