# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROCKY J. HENDRICKSON

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5333BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

This action is REMANDED to the administration for further consideration consistent with this order.

| | |
|---|---|
| June 4, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | s/Caroline M. Gonzalez |
| | Deputy Clerk |