# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROCKY J. HENDRICKSON

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5333BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED


That Plaintiff's Motion for Attorney's Fees and Expenses (Dkt. 19) is **GRANTED** and Plaintiff is awarded $6,785.73 in attorney's fees and $34.64 in expenses pursuant to 28 U.S.C. § 2412.



| September 17, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                              *s/CM Gonzalez*
                                                             Deputy Clerk